UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

KEVIN WINCER,

  Plaintiff,

-vs-                                            CASE NO.:  8:18-CV-01824-VMC-CPT

FAIR COLLECTIONS & OUTSOURCING, INC.,

  Defendant.
_____/

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

COMES NOW the Plaintiff, KEVIN WINCER, by and through his undersigned attorney, and hereby files this Notice of Voluntary Dismissal With Prejudice of the above-captioned matter.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by electronic mail this 14th day of November, 2018 to: Michael Schuette, Esquire and Dayle M. Van Hoose, Esquire, 3350 Buschwood Park Drive, Suite 195, Tampa, Florida 33618 (mschuette@sessions.legal; dvanhoose@sessions.legal).

*/s/Frank H. Kerney, III, Esquire*
Frank H. Kerney, III, Esquire
Florida Bar #: 88672
Morgan & Morgan, Tampa, P.A.
One Tampa City Center
201 North Franklin Street, 7th Floor
Tampa, FL 33602
Telephone: (813) 223-5505
Facsimile:  (813) 223-5402
fkerney@forthepeople.com
snazario@forthepeople.com
*Counsel for Plaintiff*